IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON )<br>205 61st Street, N.E. )<br>Washington, DC 20019, )<br>               )<br>       Plaintiff, )<br>               )<br>   vs. )<br>               )<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY )<br>600 5th Street, N.W. )<br>Washington, D.C. 20001 )<br>               )<br>       Defendant. ) | Case No. |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

      To the Judges of the United States District Court for the District of Columbia:

      1.      On or about April 26, 2005, Plaintiff filed this action against WMATA, in the Superior Court for the District of Columbia, in the case titled <u>Johnson v. WMATA</u>, No. 05ca003201.

      2.      Defendant WMATA was served on April 27, 2005.

      3.      The Summons and Complaint, the initial pleadings setting forth a claim against the Defendant, the Answer of the Defendant and the Initial Scheduling Order are attached as Exhibit A.  Exhibit A constitutes the only process, pleadings, or orders in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1996, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State Court shall be removable to the appropriate Untied States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court for the District of Columbia be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol B. O'Keeffe, #445277
General Counsel

_____
Mark F. Sullivan #430876
Deputy General Counsel

_____
Fredric H. Schuster #17267
Associate General Counsel

          _____
Michael K. Guss #465171
Assistant General Counsel

Attorneys for Defendant -- WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, this \_\_\_\_ day of May, 2005 to:

Adam R. Leighton, Esq.
Wayne R. Cohen, Esq.
Cohen & Cohen, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, DC 20006

          _____
Fredric H. Schuster