SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| **SUZANNE JOHNSON** | ) | |
| Plaintiff, | ) | |
| | ) | C.A.:05-0003201 |
| v. | ) | Cal. 15-M. Terrell |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | ) | |
| Defendant. | ) | |

### DEFENDANT WMATA'S NOTICE OF REMOVAL

The Clerk is hereby notified that this matter was removed to the United States District Court for the District of Columbia on May 26, 2005. A copy of the original Notice of Removal is appended hereto as Exhibit A.

Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

_____

Michael K. Guss, #465171
Assistant General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1466

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendant WMATA's Notice of Removal** was mailed, postage prepaid, this _____ day of May, 2005, to:

Adam R. Leighton, Esq.
Wayne R. Cohen, Esq.
Cohen & Cohen, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, DC 20006

and was hand-delivered via courthouse mail to:

Chambers of Hon. Mary A. Terrell
Superior Court for the District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001.

_____
Michael K. Guss