UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUZANNE JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1064(RBW) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter came before the Court on November 1, 2005, for an initial scheduling conference. Upon consideration of the defendant's failure to appear at this scheduling conference, it is hereby this 1st day of November, 2005

**ORDERED** that the defendant's attorney shall show cause by November 15, 2005, why he should not be held in contempt for failure to appear.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge