UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZANNE JOHNSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: 05-1064 (RBW) |
| | ) |
| **WASHINGTON METROPOLITAN AREA** | ) |
| **TRANSIT AUTHORITY (WMATA)** | ) |
| | ) |
| **Defendant.** | ) |

## RESPONSE OF ATTORNEY FREDRIC H. SCHUSTER TO THE NOVEMBER 1, 2005 SHOW CAUSE ORDER

Comes Now, Fredric H. Schuster, attorney of record for Defendant WMATA, and in response to the Show Cause order entered by the Court on November 1, 2005 states as follows:

1. On Tuesday, November 1, 2005, at 9:30 a.m., counsel for Defendant Fredric H. Schuster, began the retrial of the matter of Steven B. Gershman v. WMATA, C.A. 02-925 before the Honorable James Robertson. The matter went to the jury on Friday morning November 4, 2005.

2. Counsel had the 9:00 a.m. November 1, 2005 status conference written on his calendar. Unfortunately, he was entirely focused on his retrial on the morning of November 1, 2005, and completely forgot about the 9:00 a.m. status conference. Upon his return to the office late Tuesday, November 1, 2005, counsel retrieved a voice mail message from the Court's courtroom or law clerk advising him that he had missed the status conference. The telephone numbers of two persons to call in

response to the missed status conference was provided. Counsel called both persons. Neither were in. Counsel then left messages apologizing and explaining he was involved in the Gershman retrial before Judge Robertson.

    3. Long ago as a young man, counsel learned that when you make a mistake or do something wrong, you step up, admit it, and accept the consequences. I can only do the same now. Counsel offers his sincere apology to the Court and to opposing counsel and requests the status conference date be reset. Counsel has practiced since 1977 and has never missed a scheduled Court date for which he had notice.

                                Respectfully submitted,

                                (s)_____
                                Fredric H. Schuster  #385326
                                Attorney for Defendant WMATA
                                600 Fifth Street, N.W.
                                Washington, D.C.  20001
                                (202) 962-2560

Certificate of Service

    I hereby certify that a copy of the forgoing was mailed electronically to counsel for Plaintiff on this 7th day of November 2005.

                                (s)_____
                                    Fredric H. Schuster