UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1064(RBW) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

The parties appeared before the Court on December 7, 2005, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 7th day of December, 2005, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. The defendant shall serve any expert witness reports pursuant to Rule 26(a)(2) by March 3, 2006.

3. Discovery shall be concluded by April 7, 2006.

4. This case shall be referred to the Court's mediation program for settlement discussions that shall take place between April 10, 2006 and June 9, 2006.

5. A status conference shall be held on June 16, 2006 at 9:00 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge