

March 24, 2006
By Mail & Facsimile
(703)-914-1149

U.S. Securities & Exchange Commission
FOIA Office, Stop 0-5
6432 General Green Way
Alexandria, Virginia 22312-2413

Re: Suzanne Johnson v. WMATA, C.A. 05-3201 (D.D.C.) (RW)
    Employment/Personnel Records of SEC Employee Suzanne Johnson

Dear Sir:

Suzanne Johnson is an attorney in the SEC's Washington, D.C. Office of General Counsel in the Adjudication Division. She has brought the subject personal injury lawsuit against WMATA seeking damages for physical and emotional injuries, and economic loss. Attached is an authorization signed by Ms. Johnson on March 2, 2006, for the release of her SEC employment records.

Please provide me copies of the following employment/personnel records from Ms. Johnson's SEC personnel/employment files: 1) all performance evaluations/appraisals, with supporting documents; 2) all records related to any medically related complaints, leave or disability requests/determination; 3) all workers' compensation claims records; and 4) all internal (SEC), and external (EEOC) equal employment opportunity (EEO) complaints, with all supporting documentation for such complaints filed or prepared by Ms. Johnson, or on her behalf by an attorney or other respresentative.

WMATA will pay reasonable search, review, and copying fees. Alternatively, WMATA counsel is willing to review the documents himself upon notification of there availability for inspection, and copy those documents he deems relevant himself if a copying machine is available.

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership



DEFENDANT'S EXHIBIT 1

Page 2

    Please send all records, responses, and correspondences to: Fredric H. Schuster, Associate General Counsel, Office of General Counsel, WMATA, 600 Fifth Street, N.W., Room 2D-00, Washington, D.C. 20001. My direct telephone number is (202)-962-2560. My office fax number is (202)-962-2550. My e-mail address is rschuster@WMATA.com. Thank you for your assistance.

Sincerely,

*[signature]*

Fredric H. Schuster
Associate General Counsel
WMATA


cc: Adam R. Leighton, Esquire
    Cohen & Cohen
    1000 Connecticut Ave., N.W.
    Suite 502
    Washington, D.C. 20036
    Counsel for Suzanne Johnson

Enclosure: Employment Record Authorization

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-3201 RW |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

## AUTHORIZATION

I, the undersigned, hereby certify that the Washington Metropolitan Area Transit Authority is authorized to receive any and all records pertaining to my past or present employment, with the Securities and Exchange Commission, including, but not limited to, records as to dates missed from work, salary, reasons for missed work, reasons for termination from employment, disciplinary actions, unemployment records and workmen's compensation records. It is understood that these documents will be used in connection with the above-entitled matter only.

_/s/ Suzanne Johnson_
SUZANNE JOHNSON

Dated: 3/2/06

Employee No._____

Social Security No. 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

EMPLOYMENT