

**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
OPERATIONS CENTER
6432 GENERAL GREEN WAY
ALEXANDRIA, VA 22312-2413

**OFFICE OF FILINGS AND
INFORMATION SERVICES**

Mail Stop O-5                                March 29, 2006

Fredric H. Schuster, Associate
  General Counsel
Washington Metropolitan Area
Transit Authority
600 Fifth Street, NW
Washington, DC 20001

        Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
             Request No. 06-04070

Dear Mr. Schuster:

        This is in reference to your request dated March 27,
2006, received by us on March 27, 2006, for employment
records concerning Suzanne Johnson.

        Please be advised that we are consulting with the staff
and searching our records for responsive information.  We
will notify you of our findings as soon as possible.

        In the interim, please contact me at whitedi@sec.gov
or (202) 551-8313, if you have any questions.

                        Sincerely,

                        *Diane D. White*

                        Diane White
                        FOIA/Privacy Act Research Specialist

DEFENDANT'S
EXHIBIT
1