

April 5, 2006

United States Securities & Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, D.C. 20549-9010

Attention: Anne Chafer

Re: <u>Suzanne Johnson v. WMATA</u>, C.A. 05-1064 (D.D.C.)

Dear Ms. Chafer:

Enclosed is my March 24, 2006 FOIA request regarding SEC Senior Counsel Suzanne Johnson, an attorney in the Office of General Counsel's Adjudication Department, and the recent SEC Freedom of Information Office response. I am forwarding you courtesy copies since I understand you are Ms. Johnson's immediate supervisor.

Sincerely,

Fredric H. Schuster
Associate General Counsel
WMATA
(202)-962-2560

Enclosures: As stated

cc: Adam R. Leighton, Esquire

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership

DEFENDANT'S EXHIBIT 3