

April 13, 2006

Adam R. Leighton, Esquire
Cohen & Cohen
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20006
By fax and mail: (202)-955-3142

Re: <u>Suzanne Johnson v. WMATA</u>

Dear Adam:

In light of the fact that Ms. Johnson is now claiming a head injury from the November 15, 2003 accident which has allegedly caused neurocognitive loss, please request Ms. Johnson to obtain the neuropsychological testing "raw data" from P. Carol Bullard-Bates, Ph.D, Kristen Bertini, M.S. and Jennifer Gray, B.S. of NRH. See NRH Records sent me per your letter dated April 11, 2006. I request Ms. Johnson bring this raw data to her IME with Dr. Anderson on April 24, 2006 for his review.

Additionally, I am going have to depose Ms. Anderson's present SEC supervisor Anne Chaffer [sic] (Dep. at 7) and her former supervisor Joan McCarthy (Dep. at 58, 64). I of course would gladly do this after hours at their offices so as not to interfere with their normal work days. Please contact these individuals or have Ms. Johnson do so to get available dates in the near future. Thanks for your assistance.

Sincerely,

Fredric H. Schuster
Associate General Counsel
WMATA
(202)-962-2560

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership


DEFENDANT'S EXHIBIT 4