

May 4, 2006

Edward C. Bou, Esquire
1717 K Street, N.W.
Suite 407
Washington, D.C. 20006
Via: First-class and facsimile (202)-775-1134

Re: <u>Suzanne Johnson v. WMATA</u>

Dear Ed:

Adam Leighton from Cohen & Cohen called me the other day and advised me that you were now representing Suzanne Johnson. That being the case, I need to hear from you regarding the following discovery issues:

1.) Copies of all of Ms. Johnson's SEC performance evaluations, including all attachments. See March 2, 2006 Johnson Deposition at 66-67. To date, I have not received them.

2. The "raw" neuropsychological testing from P. Carol Bullard-Bates, Ph.D., and/or Kristen Bertini, and/or Jennifer Gray, relied upon by Katie Coerver, M.D. Ph.D in her December 22, 2005 evaluation. This was requested in my April 13, 2006 letter. To date, I have received no response.

3. I requested to depose Ms. Anderson's SEC supervisors Anne Chafer and Joan McCarthy. See March 2, 2006 Johnson Deposition at 58, 64, and April 13, 2006 letter. To date, I have received no response.

4. I request copies of all documents relating to Ms. Johnson's medical disability determination, if any, whether that be from an SEC insurer, the SSA, or otherwise. This includes all applications for medical disability, including questionnaires in support of same, all medical evaluations regarding the disability determination, and the final disability determination/report itself.

5. I request copies of Ms. Johnson's entire internal (SEC) and external (EEOC) employment discrimination complaint files. As you know Ms. Johnson has an active EEO claim involving the alleged discrimination of her former supervisor Joan McCarthy. EEOC will not provide these since it is an active case.

I am assuming you do not need me to put this request in a formal Request for the Production of Documents. If you do, please notify me **immediately** so I can do so.

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership

DEFENDANT'S
EXHIBIT
5

Sincerely,

*[signature]*

Fredric H. Schuster
Associate General Counsel
(202)-962-2560