

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
OPERATIONS CENTER
6432 GENERAL GREEN WAY
ALEXANDRIA, VA 22312-2413

OFFICE OF FILINGS AND
INFORMATION SERVICES

BY MAIL AND FACSIMILE: (202) 962-2550

Mail Stop O-5                                    May 11, 2006

Mr. Fredric H. Schuster
Associate General Counsel
Washington Metropolitan Area
  Transit Authority (WMATA)
600 Fifth Street, N.W., Room 2D-00
Washington, DC 20001

> RE: Freedom of Information Act (FOIA), 5 U.S.C. § 552
>     Request No. 06-04070-FOIA

Dear Mr. Schuster:

   This letter is in response to your request, dated March 24, 2006, and received in this office on March 27, 2006, for copies of the following employment/personnel records from Suzanne Johnson's SEC personnel/employment files: 1) all performance evaluations/appraisals, with supporting documents; 2) all records related to any medically related complaints, leave or disability requests/determination; 3) all workers' compensation claims records; and 4) all internal (SEC), and external (EEOC) equal employment opportunity (EEO) complaints, with all supporting documentation for such complaints filed or prepared by Ms. Johnson, or on her behalf by an attorney or other representative. Also, you provided a copy of an authorization letter dated March 2, 2006, signed by Ms. Johnson in which she consented to the release of her records.

   Please be advised that Ms. Johnson's newly appointed counsel, Edward Bou, submitted a letter dated May 9, 2006 signed by Ms. Johnson revoking any prior authorization



Mr. Fredric H. Schuster
May 11, 2006
Page Two

for release of her records. The requested records are protected from disclosure under the Privacy Act of 1974 (5 U.S.C. § 552a) and can not be released without the written consent of Ms. Johnson. (See 17 CFR § 200.301). We have reviewed the requested records under the FOIA, and have determined to withhold the documents (approximately 634 pages) under FOIA Exemption 6, 5 U.S.C. § 552(b)(6), 17 CFR § 200.80 since the release of the information would constitute a clearly unwarranted invasion of personal privacy.

You have the right to appeal my decision to our General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(d)(5) and (6). Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records. The appeal may include facts and authorities you consider appropriate.

Send your appeal to the FOIA/Privacy Act Office, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop O-5, Alexandria, VA 22312-2413, or deliver it to Room 1418 at that address. Also, send a copy to our General Counsel, Securities and Exchange Commission, 100 F Street NE, Washington, D.C. 20549, or deliver it to Room 1120 at that address.

If you have any questions, please call Mrs. Felecia Taylor of my staff at (202) 551-8349.

Sincerely,
FOIA/Privacy Act Officer

by:   Frank A. Henderson
      FOIA/Privacy Act Branch Chief