### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZANNE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-1064 (RBW) |
| | ) | |
| WMATA | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT MOTION FOR LEAVE TO WITHDRAW

The law firm of COHEN & COHEN, P.C., WAYNE COHEN AND ADAM R. LEIGHTON move for leave to withdraw their appearance as attorneys for Plaintiff Suzanne Johnson, in connection with the above-entitled matter for the following reasons:

1.    On November 15, 2003, Plaintiff Johnson was a pedestrian walking north on 7th Street, N.W. at or near its intersection with Pennsylvania Avenue, N.W. in Washington D.C.  On November 15, 2003, Dwaine Branch was driving a Metro-bus north on Pennsylvania Avenue, N.W., at or near it's intersection with 7th Street, N.W., owned by his employer, WMATA, in the course and scope of his employment as a bus driver for Defendant WMATA.  At approximately 9:35 p.m. on November 15, 2003, on 7th Street, N.W. at or near its intersection with Pennsylvania Avenue, N.W., Dwaine Branch, driving Defendant WMATA's Metro-bus, struck and collided with Plaintiff Johnson.

2.    Plaintiff's counsel was notified by letter dated May 1, 2006 that Plaintiff Johnson had hired a new attorney, Ed Bou, Esq.  Plaintiff's counsel was asked to withdraw from this case. (Exhibit 1: May 1, 2006 Letter)

3.      Cohen & Cohen's continued involvement in the above-referenced case would result in unreasonable financial burdens, as continued involvement would waste firm resources as well as the Court's time and resources.

4.      Counsel by letter dated May 25, 2006 advised Plaintiff that this Motion would be filed.[1]

5.      Defense counsel consents to this Motion.

Wherefore, COHEN & COHEN, P.C., Wayne Cohen and Adam R. Leighton respectfully request that the Court withdraw their appearance as counsel for Plaintiff.

Dated: May 26, 2006                                RESPECTFULLY SUBMITTED,


                                                   S/
                                                   _____
                                                   Adam R. Leighton, #460184
                                                   Wayne R. Cohen, #433629
                                                   COHEN & COHEN, P.C.
                                                   1000 Connecticut Avenue, Suite 502
                                                   Washington, DC  20006
                                                   (202) 955-4529

                                                   Attorneys for Plaintiff


[1] Plaintiff's Counsel will produce this letter ex parte if ordered to do so by this honorable Court.

Wayne R. Cohen (DC, MD, NY)
Jill F. Cohen (DC, MD, NY)
Adam R. Leighton (DC, MD)
Robin T. Browder (DC)
Kim Brooks-Rodney (DC, MD, VA, PA)
_____
*Medical Consultant:*
Dr. Stanley Feingold, MD (FACS)*
*Not an Attorney – Medical Consultant Only*

**<u>Certificate of</u>**

I certify that on May 26, 2006 I mailed,

SENT MOTION FOR LEAVE TO WITHDRAW with a Proposed Order to:


Suzanne Johnson
907 6th Street, S.W.
# 315C
Washington, D.C. 20024

And emailed the same to:

Fredric H. Schuster, Esquire
WMATA


S/

_____

Adam R. Leighton

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SUZANNE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-1064 (RBW) |
| | ) | |
| WMATA | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF CONSENT MOTION FOR LEAVE TO WITHDRAW**

COMES NOW Counsel for Plaintiff and respectfully refers this Court to the following points of law and authorities in support of Motion for Leave to Withdraw:

1. The inherent power of this Court to control its own docket.
2. LCvR 83.2(h)
3. LCvR 83.6(c)

Dated: May 26, 2006                               RESPECTFULLY SUBMITTED,

                                             _____S/_____
                                             Adam R. Leighton, #460184
                                             Wayne R. Cohen, #433629
                                             COHEN & COHEN, P.C.
                                             1000 Connecticut Avenue, Suite 502
                                             Washington, DC  20006
                                             (202) 955-4529

                                             Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SUZANNE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-1064 (RBW) |
| | ) | |
| WMATA | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF MOVING ATTORNEY
ACCOMPANYING CONSENT MOTION TO WITHDRAW**

I have served a copy of this motion upon Plaintiff Johnson and her new

counsel, Ed Bou.

S/
_____

Adam R. Leighton

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZANNE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 05-1064 (RBW) |
| | ) | |
| WMATA | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

The firm of COHEN & COHEN, P.C., Wayne Cohen and Adam R. Leighton filed a motion for leave to withdraw their appearance pursuant to Local U.S. District Court Rules LCvR 83.2(h) and 83.6(c).

Therefore, it is ordered that Petitioners' consent motion is granted and that the firm of COHEN & COHEN, P.C., Wayne Cohen and Adam R. Leighton are granted leave to withdraw their appearance as counsel for Plaintiff in the above action.

Dated: _____          _____
                                                                Judge

<u>Copies to</u>:
Adam R. Leighton, Esq.
Fredric H. Schuster, Esquire
Ed Bou, Esq.
Suzanne Johnson