LAW OFFICES
# BOU & BOU
1717 K STREET, N.W.
SUITE 407
WASHINGTON, D.C. 20036

TELEPHONE: (202) 223-1934
FACSIMILE: (202) 223-0086
TOLL FREE: (877) 223-1934
E-MAIL: legal@bouandbou.com

EDWARD C. BOU °
STEPHEN A. BOU °*
LAWRENCE K. BOU °*

ALL COUNSEL LICENSED IN D.C.
° MEMBER OF THE MD BAR
* MEMBER OF THE VA BAR

EDWARD C. BOU, P.C.
VIRGINIA OFFICE
510 KING STREET
SUITE 416
ALEXANDRIA, VA 22314

REPLY TO D.C. OFFICE ONLY

May 1, 2006

Adam Leighton, Esquire
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite #502
Washington, D.C. 20006

RE:   Suzanne Johnson

Dear Mr. Leighton:

I confirm our agreement of last Friday to the effect that my office will take over as attorneys for the above-referenced client, and that you now withdraw from the same. Please send me your itemized out-of-pocket expenses, so I can have them promptly paid to your office. Finally, you stated that you expect no compensation for your prior services. Thank you.

Very truly yours,

Edward C. Bou

ECB/mh