UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>   Defendant. ) | Civil Action No. 05-1064 (RBW) |

## **ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Edward C. Bou, Stephen A. Bou, Lawrence K. Bou, and Edward C. Bou, P. C., 1717 K Street, N.W., Suite 407, Washington, D. C. 20036 as attorneys for the Plaintiff, Suzanne Johnson, in the above-captioned matter.

                                                                    Respectfully submitted,

                                                                    BOU & BOU

                                                        _____/s/_____
                                                        By:  Edward C. Bou, Esquire
                                                       Bar ID #37713
                                                       1717 K Street, NW
                                                       Suite 407
                                                       Washington, D.C.  20036
                                                       (202) 223-1934

                                                       *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing by first class mail, postage prepaid, on this 26th day of May 2006, to:

Frederick H. Schuster, Esquire
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001


Adam R. Leighton, Esquire
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20036


                                                  _____/s/_____
                                                  Edward C. Bou