IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1064 (RBW) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND FOR OTHER RELIEF**

Plaintiff Suzanne Johnson through her attorneys respectfully moves this Court for a reasonable extension, until June 15, 2006, to file an Opposition to the Defendant's Motion to Compel and for other relief. Counsel for defendant has not granted his consent to this motion.

1. Bou and Bou and Edward C. Bou, Esquire, new counsel retained last month by Plaintiff, was not able to enter his appearance in this matter until June 13, 2006.

2. The Motion to Compel addresses a number of matters that took place prior to the hiring of new counsel in detail, including documents referenced in deposition transcripts and data underlying medical reports, that require further investigation by counsel before the submission of an Opposition to the Motion to Compel.

3. There is a large amount of medical and employment-related data involved in this matter which had not been received by Plaintiff's new counsel until very recently,

which must be reviewed before a proper response to this motion to compel, which seeks production of a large number of documents, can be prepared.

WHEREFORE Plaintiff respectfully requests that the Court grant the extension, for good cause shown, until at least June 15, 2006, for Plaintiff to file her Opposition to Defendant's Motion to Compel.

Respectfully submitted,

_____/s/_____
Edward C. Bou, #37713
BOU & BOU
1717 K Street, N.W.
Suite 407
Washington, D.C.  20036
(202) 223-1934
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Proposed Order was served by first-class mail, postage prepaid, this 15th day of June 2006, to counsel for Defendant WMATA as follows:

Fredric H. Schuster
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001

_____/s/_____
Edward C. Bou

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON,              ) | |
| Plaintiff,              ) | |
| v.              ) | Civil Action No. 05-1064 (RBW) |
| WASHINGTON METROPOLITAN   ) AREA TRANSIT AUTHORITY,   ) | |
| Defendant.              ) | |

### ORDER

The Court, having considered Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Compel, it is this _____ day of June ORDERED:

That the Motion be and hereby is GRANTED; and it is further

ORDERED: That the Plaintiff Suzanne Johnson's time in which to file an Opposition to the Defendant's Motion to Compel dated May 19, 2006, is extended, up to and including June 15, 2006.

SO ORDERED.

                                                                                             _____
                                                                                             Reggie B. Walton
                                                                                             United States District Judge

Copies to (see next page):

Edward C. Bou, #3771
BOU & BOU
1717 K Street, N.W.
Suite 407
Washington, D.C.  20036
(202) 223-1934

Fredric H. Schuster
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001

4