IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1064 (RBW) |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO COMPEL**

COMES NOW the Plaintiff, Suzanne Johnson, by and through counsel, Edward C. Bou, and states her Opposition to Defendant's Motion to Compel and for other relief.

1. The Defendant's informal written requests to Plaintiff requesting documents are not in conformity with Rule 33 or 34 of the Federal Rules of Civil Procedure.

2. The Defendant's motion to compel and the requests underlying it seek very personal and employment-related information that is not relevant to the instant litigation.

3. Plaintiff's possible prior discrimination matter related to her employment at the SEC are not related to the injuries complained of herein. Defendant's attempts to connect alleged "stress" related to complaints of employment discrimination to a bus accident and related injuries are baseless. Similarly, plaintiff's personnel file or performance evaluations are not related to this tort action. Plaintiff should not be

compelled to submit or authorize WMATA to access information that is plainly irrelevant to this matter and designed to embarrass and harass her.

WHEREFORE Plaintiff respectfully requests that the Court DENY Defendant's Motion to Compel.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Edward C. Bou, #37713
                                    BOU & BOU
                                    1717 K Street, N.W.
                                    Suite 407
                                    Washington, D.C.  20036
                                    (202) 223-1934
                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposition was served by first-class mail, postage prepaid, this 15th day of June 2006, to counsel for Defendant WMATA as follows:

    Fredric H. Schuster
    Associate General Counsel
    WMATA
    600 Fifth Street, N.W.
    Washington, D.C.   20001

                                    _____/s/_____
                                        Edward C. Bou