IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON | : |
| Plaintiff, | : |
| v. | : Case No. 05–1064 (RW) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

**DEFENDANT WMATA'S CONSENT MOTION TO EXTEND DISCOVERY AND THE COMPLETION OF MEDIATION DEADLINE.**

Pursuant to LCvR 7, Fed. R. Civ. P. 6(b), and the Court's General Order, Defendant WMATA moves the Court to modify its July 27, 2006, scheduling to extend: 1) discovery, and 2) the mediation completion date. The discovery deadline was previously extended to December 22, 2006. A pretrial conference is scheduled on May 11, 2007.

The Court appointed mediator Ava Abramowitz consents to this motion.

**Memorandum of Points and Authorities**

1.  This is a common-law negligence action. Plaintiff claims that on November 15, 2003, she was struck in a crosswalk by a WMATA bus and sustained serious personal and permanent injuries and other consequential damages.

2.  On July 27, 2006 the Court granted WMATA's Motion to Compel Plaintiff

to re-execute her previously signed authorization to obtain her SEC records which WMATA had previously requested through a SEC FOIA request.[1] Plaintiff had unilaterally withdrawn her prior authorization without notice to WMATA shortly before the SEC was about to provide the records. This caused the SEC FOIA Office to close its initial request file, and re-open a brand new request once a new authorization was obtained and new request made. On or about November 28, 2006, WMATA finally received 913 pages of materials from Plaintiff employment/personnel/EEO files.

3.     Upon receipt, WMATA counsel had to review each page, copy same, and and provide the additional voluminous records to WMATA experts. WMATA's vocational rehabilitation expert Kathleen F. Sampeck is still in the process of completing her review of all of Plaintiff's medical, and SEC employment records, and is preparing her expert report.

4.     Defendant has on numerous occasions requested Plaintiff to arrange for it to take the deposition of her expert neuropsychologist Dr. Hari-Hall, and for Dr. Hari-Hall to produce her "raw testing data." Defendant has also requested and sought to take Plaintiff's supplemental deposition.

5.     Unfortunately, to date, Defendant has been unable to achieve any of these matters

---

[1] The Court left open the matter of attorneys' fees pending Defendant's receipt of the SEC documents to determine whether or not Plaintiff justifiably withdrew her consent to prevent Defendant from discovering matters detrimental to her claims. As expected, the SEC records, especially her performance evaluations and EEO records demonstrate positions quite contrary to her stated claims.

because Plaintiff simply fails to respond to these requests. For example, see attached Exhibits 1 and 2.[2]

Wherefore, Defendant WMATA requests that the time to file it's supplemental Rule 26(a)(2) expert reports be extended to February 15, 2007, that discovery be extended to March 15, 2006, and mediation be completed by April 15, 2007.

Respectfully submitted,

/s/
Fredric H. Schuster, #385326
600 Fifth St., N.W.
Washington, D.C. 20001
(202)-962-2560
Counsel for Defendant  WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically to Edward C. Bou, Counsel for Plaintiff on January 8, 2006 and by first class mail to mediator Ava Abramowitz, Esquire.

/s/
Fredric H. Schuster

---

[2] Plaintiff's supplemental deposition was previously scheduled, but was then cancelled because Plaintiff was traveling out of town.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZANNE JOHNSON** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No. 05–1064 (RW)** |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

Upon the consent motion of Defendant to modify the July 27, 2006 scheduling order, a review of the record herein, and good cause having been shown, it is it is this _____ day of January, 2007 ordered that the motion is Granted and the July 27, 2006, amended scheduling order is hereby modified as follows:

| | |
|---|---|
| Defendant's Supp. Rule 26(a)(2) (B) Reports: | February 15, 2007 |
| All discovery closed: | March 15, 2007 |
| Mediation To Be Completed: | April 15, 2007 |

_____
Reggie B. Walton, Judge, United
States District Court, D.C.