

November 17, 2006

Edward C. Bou, Esquire
Bou & Bou
1717 K Street St., N.W.
Washington, D.C. 20006
By First Class Mail and Facsimile

Attention: **Moju**

Re: Suzanne Johnson v. WMATA

Dear Ed:

    During her March of 2006 deposition, Ms. Johnson specifically told me she would provide her SEC performance evaluations. The Court ordered her to produce all the performance evaluations on July 27, 2006, finding her failure to do so justified attorneys' fees. Transcript at 24, 26-27. To date she has still not provided the evaluations. The SEC cannot locate the 2005 Performance Evaluation and its supporting documentation such as Ms. Johnson's input memo. **Please provide me all of her evaluations as ordered and especially the 2005 Performance Evaluation with all supporting documents within 7 days.** Unless I receive it, I will have no other choice but to file another motion–something I am sure you agree should be unnecessary.

    Secondly, **I want to depose Plaintiff's treating physician Dr. Hari-Hall. Please call her promptly to obtain available deposition dates in the near future. You also have not provided her "raw testing data," which was long ago requested and implicitly ordered by the Court. Please do so immediately.**

    Thank you for your assistance.

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

*A District of Columbia, Maryland and Virginia Transit Partnership*



Page 2

Sincerely,

Fredric H. Schuster
Associate General Counsel
WMATA
(202)-962-2560