UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Defendant. | Civil Action No. 05-1064(RBW) |

**AMENDED SCHEDULING ORDER**

On January 8, 2007, the defendant filed a consent motion to extend discovery and the completion of mediation deadline. Based upon the pleadings, it is on this 23rd day of January, 2007, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. The defendant shall serve any expert witness reports pursuant to Rule 26(a)(2) by February 15, 2007.

3. Discovery shall be concluded by March 15, 2007.

4. This case shall be referred to the Court's mediation program for settlement discussions that shall take place between January 2, 2007 and April 15, 2007.

5. A pretrial conference shall be held on June 18, 2007 at 9:30 a.m. in the chambers of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                                                               REGGIE B. WALTON
                                                                               United States District Judge