IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZANNE JOHNSON** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 05–1064 (RW) |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| **Defendant.** : | |
| : | |

### DEFENDANT WMATA'S CONSENT MOTION TO EXTEND THE COMPLETION OF MEDIATION DEADLINE.

Pursuant to LCvR 7, Fed. R. Civ. P. 6(b), and the Court's General Order, Defendant WMATA moves the Court to modify its January 23, 2007 amended scheduling order to extend the mediation completion date from April 15, 2007 to May 26, 2007. A pretrial conference is scheduled on June 28, 2007 at 9:30 a.m. and will not be affected by the extension.

The Court appointed mediator Ava Abramowitz has requested this extension with the consent of both parties.

**Memorandum of Points and Authorities**

1. This is a common-law negligence action. Plaintiff claims that on November15, 2003, she was struck in a crosswalk by a WMATA bus and sustained serious personal and permanent injuries and other consequential damages.[1] Plaintiff's demand is $5,000,000.

2. The parties had a preliminary meeting with the court appointed mediator Ava

---

[1] As to damages, Defendant "seriously" disputes the nature and extend of Plaintiff's injuries.

Abrahamowitz on March 22, 2007 to try to narrow the issues. They have a follow up mediation on April 26, 2007 and the mediator and parties expect additional sessions will be needed to possibly resolve this matter.

    Wherefore, Defendant WMATA requests that the mediation completion date be extended from April 15, 2007 to May 26, 2007..

                                  **Respectfully submitted,**

                                        /s/
                                **Fredric H. Schuster, #385326**
                                **600 Fifth St., N.W.**
                                **Washington, D.C. 20001**
                                **(202)-962-2560**
                                **Counsel for Defendant  WMATA**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served electronically to Edward C. Bou, Counsel for Plaintiff on April 9, 2007 and by first class mail to mediator Ava Abramowitz, Esquire.

                                        /s/
                                **Fredric H. Schuster**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZANNE JOHNSON | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 05–1064 (RW) |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Upon the consent motion of Defendant to extend the mediation completion date from April 15, 2007 to May 26, 2007, a review of the record herein, and good cause having been shown, it is it is this _____ day of April, 2007 ordered that the motion is Granted and the mediation completion date is extended from April 15, 2007 to May 26, 2007.

_____
Reggie B. Walton, Judge, United
States District Court, D.C.