IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SUZANNE JOHNSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-1064 (RBW) |
| | ) | Pretrial Conf.: 6/25/07 |
| **WMATA** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties have settled this matter. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Suzanne Johnson hereby dismisses her complaint **with prejudice** against Defendant WMATA.

**Respectfully submitted,**

_____/s/_____         \_\_\_\_/s/_____
Fredric H. Schuster  #385326           Edward C. Bou, #37713
WASHINGTON METROPOLITAN AREA           1717 K Street, N.W.
TRANSIT AUTHORITY                      Suite 403
Associate General Counsel              Washington, D.C. 20036
Attorney for Defendant WMATA           Attorney for Plaintiff Johnson
600 Fifth Street, N.W.                 (202)- 223-1934
Washington, D.C.  20001
(202) 962-2560